UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 3:08CR304 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CHIEF JUDGE JAMES G. CARR |
| EDMUNDO RUIZ, JR., | ) | |
| Defendant. | ) | |

## INFORMATION

Now comes the United States of America, through the undersigned counsel, and respectfully files the instant Information pursuant to Title 21, United States Code, Section 851(a)(1), and provides notice for the purpose of sentencing enhancement that:

1. On or about February 21, 1997 in Lucas County Common Pleas Court Case No. CR 96-6814, the said EDMUNDO RUIZ, JR., Defendant herein, was convicted of Aggravated Drug Trafficking, a felony offense under the laws of the State of Ohio.

    Respectfully submitted,

    WILLIAM J. EDWARDS
    UNITED STATES ATTORNEY

    /s/Ava R. Dustin
    Ava R. Dustin
    Assistant U.S. Attorney
    Four Seagate, Suite 308
    Toledo, Ohio 43604
    (419) 259-6376
    Fax: (419) 259-6360
    Ava.Rotell.Dustin@USDOJ.GOV
    Reg. No. 0059765

## CERTIFICATE OF SERVICE

I hereby certify that on this  7th   day of April 2009, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/Ava R. Dustin
        Joseph R. Wilson
        Assistant U.S. Attorney