# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-3802

_____

Filed: November 13, 2012

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EDMUNDO RUIZ, JR.

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 10/17/2012 the mandate for this case hereby issues today.

COSTS: None